IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT PECK JR.,<br><br>                Defendant. | 8:20CR227<br><br>**ORDER** |

This matter is before the court on Defendant's Unopposed Motion to Reopen and Enlarge Time to File a Pretrial Motion [92]. For good cause shown, I find that the motion should be granted. Pretrial Motions shall be filed by February 24, 2023.

IT IS ORDERED:

1. Defendant's Unopposed Motion to Reopen and Enlarge Time to File a Pretrial Motion [92] is granted. Pretrial motions shall be filed on or before February 24, 2023.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between February 9, 2023 and February 24, 2023, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 10th day of February, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge