IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ROBERT PECK JR.,<br><br>               Defendant. | 8:20CR227<br><br>ORDER |

The Government's Motion to Extend Time to Respond to Defendant's Motion to Suppress (Filing No. 99) is granted. Accordingly,

**IT IS ORDERED:**

1. On or before **March 17, 2023**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **March 24, 2023**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **March 31, 2023**, the parties shall deliver to the undersigned's chambers via email to bazis@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing set for 3/31/2023 at 10:30 a.m. is continued to **April 7, 2023, at 3:00 p.m.** before the undersigned magistrate judge. The parties will use Restricted Order [97] for conference connection instructions.

Dated this 10th day of March, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge