IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR227 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT PECK, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [116]. A telephone conference was held on July 20, 2023 whereby counsel set out the reasons for a continuance. Based on the contents of Defendant's motion, and the information provided on the telephone conference, the court finds that good cause has been shown.

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [116] is granted, as follows:

1. The jury trial now set for August 7, 2022 is continued to **October 2, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 2, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** July 25, 2023.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**