IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT PECK JR.,<br><br>　　　　　Defendant. | 8:20CR227<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 142). The Court has carefully reviewed the record in this case and finds as follows:

　　1.　　On November 3, 2023, the Court entered a Preliminary Order of Forfeiture (Filing No. 139) forfeiting Robert Peck, Jr.'s interest in $5,400 in United States currency seized on or about July 21, 2020, from 5106 Mayberry Street, Apt. #2312, Omaha, Nebraska.

　　2.　　A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 3, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 141) was filed in this case on January 11, 2024.

　　3.　　The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

　　4.　　The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 142) is granted.
2. All right, title and interest in and to the $5,400 in United States currency seized on or about July 21, 2020, from 5106 Mayberry Street, Apt. #2312, Omaha, Nebraska, held by any person or entity are forever barred and foreclosed.
3. The $5,400 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 26th day of January 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge