IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PECK, JR.,<br><br>Defendant. | **8:20CR227**<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 175), judgment is entered in favor of the United States of America and against Robert Peck, Jr.

Dated this 5th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge